IT IS SO ORDERED

Judge Edward J. Davila

DATED: 3/23/2016

KARIN G. PAGNANELLI (SBN 174763)
  kgp@msk.com
ALEXA L. LEWIS (SBN 235867)
  all@msk.com
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, CA  90064-1683
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

Attorneys for Plaintiff
High Quality Printing Inventions, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| HIGH QUALITY PRINTING INVENTIONS, LLC,<br><br>            Plaintiff,<br><br>    v.<br><br>MINTED, LLC,<br><br>            Defendant. | CASE NO. 5:15-cv-05440-EJD<br><br>Honorable Edward J. Davila<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Mitchell Silberberg & Knupp LLP

7528198.1

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

1  Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure,
2  Plaintiff hereby voluntarily dismisses the Complaint in this Civil Action and all
3  claims asserted therein without prejudice.

```
     The Clerk shall close this file. All pending deadlines, hearings and
Motions are TERMINATED.
```

5  DATED: March 21, 2016                MITCHELL SILBERBERG & KNUPP LLP

7                                        By:    /s/ Alexa L. Lewis
8                                               Alexa L. Lewis
                                                Attorneys for Plaintiff
9                                               High Quality Printing Inventions, LLC

Mitchell Silberberg & Knupp LLP
7528198.1

2
**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**